# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **Brent Quick,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 11-4233-CV-C-JTM |
| | ) |
| **Michael Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Thursday, June 14, 2012, the Court heard oral argument on *Plaintiff's Social Security Brief*, filed January 30, 2012 [Doc. 8] and the *Brief For Defendant*, filed March 15, 2012 [Doc. 9]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.


      */s/ John T. Maughmer*
      **JOHN T. MAUGHMER**
      **U. S. MAGISTRATE JUDGE**